29 A.3d 760

**COMMONWEALTH of Pennsylvania ex rel., Alexander RIVERA, Petitioner**

v.

**Michele FARRELL, Warden House of Corrections, Philadelphia Prison System Philadelphia, Pennsylvania, Respondent.**

**No. 12 EM 2011.**

Supreme Court of Pennsylvania.

Sept. 26, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**